UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMANDA WESTPHAL,

    Plaintiff,

v.                            Case No. 11-13433

ALLSTATE INS. CO.,

    Defendant.
                                      /

**PRELIMINARY SCHEDULING ORDER**

On August 30, 2011, the court held a scheduling conference with counsel for Plaintiff and Defendant during which Plaintiff's counsel stated she would be filing a motion to remand. The court indicated that it would not issue a scheduling order until Plaintiff's anticipated motion to remand is resolved. Accordingly,

IT IS ORDERED that Plaintiff will file any motion to remand by **September 9, 2011**.

IT IS FURTHER ORDERED that the Defendant will file a response to Plaintiff's motion to remand by **September 19, 2011.** Unless otherwise ordered, the court will not conduct oral argument on the motion. *See* E.D. Mich LR 7.1(f)(2).

                                                      s/Robert H. Cleland
                                                      ROBERT H. CLELAND
                                                      UNITED STATES DISTRICT JUDGE

Dated: August 30, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 30, 2011, by electronic and/or ordinary mail.

                                                       s/Lisa Wagner
                                                      Case Manager and Deputy Clerk
                                                      (313) 234-5522